THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heyward Johnson
 #2, Appellant.
 
 
 

Appeal From Aiken County
 Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2008-UP-455
 Submitted August 1, 2008  Filed August 7,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Heyward Johnson appeals his convictions of trafficking
 crack cocaine and possession of marijuana with intent to distribute.  Johnson
 claims the trial court erred when it admitted his statements in violation of Jackson
 v. Denno, 378 U.S. 368 (1964).  After
 a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.